**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| SERGIO RAMOS, | ) | NO. CV 14-8633-SJO(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| PEOPLE OF THE STATE OF CALIFORNIA, et al., | ) | |
| Respondent. | ) | |

Pursuant to the Order Denying Application,

IT IS ADJUDGED that the Application is denied without prejudice.

DATED: November 18, 2014.

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE